■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT E. HERRING, Appellant. [616 NYS2d 244] —Appeal by the defendant, as limited by his motion, from a sentence of the County Court, Orange County (Berry, J.), imposed December 10, 1993.

Ordered that the sentence is affirmed, and the case is remitted to the County Court, Orange County, for further proceedings pursuant to CPL 460.50 (5). No opinion. Mangano, P. J., Bracken, Lawrence, Altman and Friedmann, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LLOYD LINDO, Appellant. [616 NYS2d 244] —Application by the appellant for a writ of error coram nobis to vacate a decision and order of this Court dated December 2, 1985 (see, People v Lindo, 115 AD2d 493), affirming a judgment of the Supreme Court, Kings County, rendered November 20, 1979, on the ground of ineffective assistance of appellate counsel.

Ordered that the application is denied.

The defendant has failed to establish that he was denied the effective assistance of appellate counsel (see, Jones v Barnes, 463 US 745). Mangano, P. J., Lawrence, Pizzuto and Krausman, JJ., concur.